AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McFadden, Trevor N. | U.S. District Court, District of Columbia | 07/29/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court for the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | Bloomberg BNA: Publishing and royalty agreement regarding legal treatise authored by the filer. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 07/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Bloomberg BNA (book royalties) | $3,945.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed (legal policy consultant) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | October 10-11, 2018 | New York, NY | Speech | Transportation, lodging, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 07/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nelnet | Student Loan | K |
| 2. | Nelnet | Student Loan | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CapitalOne360 (cash) | A | Interest | K | T | | | | | |
| 2. American Bank (cash) | A | Interest | J | T | | | | | |
| 3. Wells Fargo (cash) | A | Interest | J | T | | | | | |
| 4. Suntrust Bank (cash) | A | Interest | J | T | | | | | |
| 5. Virginia 529 Accounts (H) | | | | | | | | | |
| 6. Virginia 529 Invest Account - International Index (XX80) | | None | | | Sold | 12/28/18 | J | | |
| 7. Virginia 529 Invest Account - International Index (XX15) | | None | | | Sold | 12/28/18 | J | | |
| 8. Virginia 529 Invest Account - International Index (XX26) | | None | | | Sold | 12/28/18 | J | | |
| 9. Virginia 529 Invest Account - International Index (XX62) | | None | | | Sold | 12/28/18 | J | | |
| 10. Virginia 529 Invest Account - Stock Index (XX13) | | None | | | Sold | 12/28/18 | J | | |
| 11. Virginia 529 Invest Account - Stock Index (XX22) | | None | | | Sold | 12/28/18 | J | | |
| 12. Virginia 529 Invest Account - Stock Index (XX97) | | None | | | Sold | 12/28/18 | K | | |
| 13. Virginia 529 Invest Account - Stock Index (XX04) | | None | | | Sold | 12/28/18 | K | | |
| 14. Brokerage Account #1 (H) | | | | | | | | | |
| 15. Fidelity Cash Fund (cash) | A | Interest | K | T | | | | | |
| 16. Invesco (formerly Powershares) QQQ TR Unit Ser 1 (QQQ) | A | Dividend | J | T | | | | | |
| 17. iShares Russell 2000 ETF (IWM) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR SER TR S&P Divid ETF (SDY) | A | Dividend | J | T | | | | | |
| 19. Select Sector Spdr TR Consumer Discretionary (XLY) | A | Dividend | J | T | | | | | |
| 20. Vanguard Group Div App ETF (VIG) | A | Dividend | K | T | | | | | |
| 21. Vanguard Intl Equity Index Fund Inc FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 22. Vanguard Total Stock Market ETF (VTI) | A | Dividend | K | T | | | | | |
| 23. SPDR Energy Select Sector (XLE) | A | Dividend | | | Sold | 12/13/18 | J | | |
| 24. iShares Nasdaq Biotechnology Index (IBB) | A | Dividend | | | Sold | 12/27/18 | J | | |
| 25. Brokerage Account #2 (H) | | | | | | | | | |
| 26. Fidelity Gov't Cash Reserves (FDRXX) (cash) | A | Int./Div. | K | T | | | | | |
| 27. Invesco (formerly Powershares) QQQ TR Unit Ser 1 (QQQ) | A | Dividend | K | T | | | | | |
| 28. Select Sector Spdr TR RL Est Sel Sec (XLRE) | A | Dividend | | | Sold | 01/30/18 | J | A | |
| 29. iShares MSCI Eurozone ETF (EZU) | A | Dividend | J | T | Buy | 01/30/18 | J | | |
| 30. iShares Transportation Average ETF (IYT) (X) | A | Dividend | J | T | | | | | |
| 31. iShares Core S&P 500 ETF (IVV) (X) | A | Dividend | J | T | | | | | |
| 32. iShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | J | T | | | | | |
| 33. iShares TR Nasdaq Biotech (IBB) (X) | A | Dividend | J | T | | | | | |
| 34. iShares Trust MSCI India Index Fd (INDA) (X) | A | Dividend | | | Sold | 06/19/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Spdr S&P 500 ETF Trust Unit Ser 1 S&P (SPY) | A | Dividend | K | T | | | | | |
| 36. Spdr Ser TR S&P BK ETF (KBE) (X) | A | Dividend | J | T | | | | | |
| 37. Spdr Ser TR S&P Biotech ETF (XBI) | A | Dividend | | | Buy | 08/31/18 | J | | |
| 38. | | | | | Sold | 12/27/18 | J | | |
| 39. Spdr Dow Jones Indl Avg ETF Tr Unit (DIA) | A | Dividend | J | T | | | | | |
| 40. Select Sector Spdr Tr Shs Ben Int Materials (XLB) | A | Dividend | J | T | | | | | |
| 41. Select Sector Spdr Tr Health Care (XLV) | A | Dividend | K | T | | | | | |
| 42. Select Sector Spdr Tr Energy (XLE) (X) | A | Dividend | J | T | | | | | |
| 43. Sector Spdr Tr Shs Ben Int Financial (XLF) | A | Dividend | K | T | | | | | |
| 44. Sector Spdr Tr Shs Ben Int Industrial (XLI) | A | Dividend | J | T | | | | | |
| 45. Sector Spdr Tr Shs Ben Int Technology (XLK) | A | Dividend | K | T | | | | | |
| 46. Vanguard Intl Eq Index Fund FTSE Emerging Mkts ETF (VWO) | A | Dividend | | | Buy | 01/08/18 | J | | |
| 47. | | | | | Sold | 06/27/18 | J | | |
| 48. Vanguard S&P 500 ETF Shs New (VOO) | A | Dividend | J | T | Buy | 01/08/18 | J | | |
| 49. Vanguard Total Stock Mkt ETF (VTI) | A | Distribution | J | T | | | | | |
| 50. SSGA Active ETF TR SPDR TR Tactic (TOTL) | A | Distribution | K | T | | | | | |
| 51. Invesco DB Mlti Sectr Cmmty Tr Base Metals (formerly Powershares (DBB) | A | Dividend | | | Buy | 01/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 12/27/18 | J | | |
| 53. Virginia 529 Account #1 (H) | | | | | | | | | |
| 54. Virginia 529 Invest Account - Active Aggressive | None | | | | Buy | 05/23/18 | J | | |
| 55. | | | | | Sold | 12/28/18 | J | | |
| 56. Virginia 5290 Invest Account - Active Conservative | None | | K | T | Buy | 12/28/18 | K | | |
| 57. Virginia 529 Account #2 (H) | | | | | | | | | |
| 58. Virginia 529 Invest Account - Active Aggressive (X) | None | | | | Buy (add'l) | 08/31/18 | J | | |
| 59. | | | | | Sold | 12/28/18 | J | | |
| 60. Virginia 5290 Invest Account - Active Conservative | None | | K | T | Buy | 12/28/18 | J | | |
| 61. Virginia 529 Account #3 (H) | | | | | | | | | |
| 62. Virginia 529 Invest Account - Active Aggressive | None | | | | Buy | 05/23/18 | J | | |
| 63. | | | | | Sold | 12/28/18 | J | | |
| 64. Virginia 5290 Invest Account - Active Conservative | None | | K | T | Buy | 12/28/18 | J | | |
| 65. Virginia 529 Account #4 (H) | | | | | | | | | |
| 66. Virginia 529 Invest Account - Active Aggressive (X) | None | | | | Buy (add'l) | 08/31/18 | J | | |
| 67. | | | | | Sold | 12/28/18 | J | | |
| 68. Virginia 5290 Invest Account - Active Conservative | None | | K | T | Buy | 12/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Virginia 529 Account #5 (H) | | | | | | | | | |
| 70.  Virginia 529 Invest Account - Active Conservative (X) | | None | K | T | | | | | |
| 71.  Virginia 529 Account #6 (H) | | | | | | | | | |
| 72.  Virginia 529 Invest Account - Active Aggressive | | None | | | Buy | 08/31/18 | J | | |
| 73. | | | | | Sold | 12/28/18 | J | | |
| 74.  Virginia 5290 Invest Account - Active Conservative | | None | K | T | Buy | 12/28/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 07/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column A: Names of holdings have been updated to conform with current brokerage statements. Ticker symbols remain unchanged.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 40-62 of the nomination report are not reportable in this cycle. There are no corresponding reportable transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 07/29/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Trevor N. McFadden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544